UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-05861-MEMF (SP) | Date | July 8, 2024 |
|---|---|---|---|
| Title | JOSHUA PARDUE v. JACKIE LACEY, et al. | | |

| Present: The Honorable | **Sheri Pym, United States Magistrate Judge** | | |
|---|---|---|---|
| Kimberly Carter | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff(s): Attorneys Present for Defendant(s):

None Appearing   None Appearing

**Proceedings:** **(In Chambers) Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to Prosecute**

On August 18, 2022, plaintiff Joshua Pardue, a California prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. His complaint primarily alleged that Los Angeles County Sheriff's Deputies subjected him to excessive force and that staff of the Los Angeles County District Attorney's Office maliciously prosecuted him for battery. On November 6, 2023, this court, having completed screening of the complaint, found it subject to dismissal and granted plaintiff leave to file a First Amended Complaint by December 6, 2023. The court also instructed plaintiff he could notify the court by December 6, 2023 that he intended to stand on the complaint without amendment.

On December 4, 2023, plaintiff requested an extension of time so he could seek counsel. In a January 16, 2024 order, the court informed plaintiff he was free at any time to seek counsel, and granted him an extension of time until March 5, 2024 to file a First Amended Complaint or otherwise respond to the court's November 6, 2023 order. More than four months have passed since that deadline, but plaintiff has not filed a First Amended Complaint or otherwise communicated with the court.

Accordingly, within **twenty-one (21)** days of the date of this Order, that is, by **July 29, 2024**, plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order. Plaintiff is cautioned that his failure to timely file a response to this Order to Show Cause will be deemed by the court as consent to the dismissal of this action without prejudice.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-05861-MEMF (SP) | Date | July 8, 2024 |
|---|---|---|---|
| Title | JOSHUA PARDUE v. JACKIE LACEY, et al. | | |

In the event plaintiff wishes to voluntarily dismiss this action, plaintiff may complete and return the enclosed Notice of Dismissal form by July 29, 2024.

     If plaintiff files a First Amended Complaint by **July 29, 2024**, this Order to Show Cause will be automatically discharged, and plaintiff need not respond to it separately.