**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA PARDUE,<br><br>    Plaintiff,<br><br>    v.<br><br>JACKIE LACEY, et al.,<br><br>    Defendants. | Case No. 2:22-cv-05861-MEMF-SP<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed with prejudice.

Dated: September 29, 2025

_____
HON. MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE